IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAY ANGEL DESARDEN, : | |
| Petitioner : | |
| : | CIVIL NO. 3:12-CV-1134 |
| v. : | |
| : | (JUDGE NEALON) |
| JAMES MCGRADY, et al., : | (MAGISTRATE JUDGE BLEWITT) |
| Respondents : | |

## ORDER

**NOW**, THIS 1ˢᵗ DAY OF FEBRUARY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 11) is **ADOPTED**;

2. The habeas corpus petition (Doc. 1) is **DISMISSED with prejudice**;

3. The Clerk of Courts is directed to **CLOSE** this case; and

4. There is no basis for a certificate of appealability. See 28 U.S.C. § 2253.

_____
United States District Judge

FILED
SCRANTON

FEB 0 1 2013

PER _____
DEPUTY CLERK